AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendants*
*Brian Williams, Terence Agustin,*
*Alberto Buencamino, and*
*Romeo Aranas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS COOPER,<br><br>    Plaintiff,<br><br>vs.<br><br>E. ALBANA, et al.,<br><br>    Defendants. | Case No. 2:19-cv-02088-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is stipulated and agreed by and between Plaintiff Dennis Cooper and Defendant, Brian Williams, Terence Agustin, Alberto Buencamino, and Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan C. Holland Deputy Attorney General, that the above-captioned matter is dismissed with prejudice; each party will bear their own attorney fees and costs.

///
///
///
///
///
///
///
///

1

|  |  |
|---|---|
|  | **** |
|  | AARON D. FORD |
|  | Attorney General |
| Dated: 9/10/21 | Dated: 9/29/21 |
| By: *[signature]* | By: /s/Nathan C. Holland |
| Dennis Cooper, #67277 | Nathan C. Holland, Bar No. 15247 |
| Plaintiff *Pro Se* | Deputy Attorney General |
|  | *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. Plaintiff Dennis Cooper's Application for Leave to Proceed in forma pauperis [ECF No. 1] is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2021